UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 NOV -7 AM 9:49

CLERK
SO. DIST. OF GA.

Thomas Karl Ingram )
Petitioner; )
 )
 ) Case No.: CR 111-02
 )
 v. )
 )
 )
United States of America )
Respondent. )
_____)

## MOTION REQUESTING MODIFICATION OF A TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. §3582(c)(2)

COMES NOW, Thomas Karl Ingram, PRO-SE; moves this Honorable Court to modify his current term of imprisonment due to a subsequent lowering of the applicable sentencing range promulgated by the United States Sentencing Commission, and the authority vested it at 28 U.S.C. § 994(o).

This court has authority to grant the above-styled petition pursuant to 18 U.S.C. § 3582(c)(2), after first considering the relevant factors as set forth in 18 U.S.C. § 3553(a) and petitioners efforts at post conviction rehabilitation. See Pepper v. United States, 131 S. Ct. 1229, 179 L.Ed 2d. 196 (2011).

The United States Sentencing Commission made amendment 782 retroactively applicable to defendants whose sentences were already final. A motion under §3582(c)(2) only applies to amendments to the United States Sentencing Guidelines that operate retroactively, as set forth in the Guidelines Policy Statement. See United States v. Bravo, 203 F. 3d. 778, 780-81 (11th Cir. 2000); and Dillon v. United States, 456 F. App'x 476, 477.

1

As Ingram is proceeding PRO-SE the court is to construe these pleadings liberally. See <u>Walker v. Dugger,</u> 860 F. 2d 1010,1011 (11th Cir. 1988); <u>Haines v. Kerner,</u> 404 U.S. 519, 92 S. Ct. 1972.

Following the General Application Principles outlined in the United States Sentencing Guidelines at §1B1.10; this court shall determine the amended guideline range that would have been applicable to the defendant if the amendment to the Guidelines listed in subsection (c) had been in effect at the time Ingram was initially sentenced.

On August 12, 2010 Ingram was arrested and on November 3, 2011; after pleading guilty to possession with intent to distribute 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A), Ingram was sentenced to a term of imprisonment of 168 months.

The 2010 Guidelines, which were in effect on the day of Ingram's sentencing yielded a Base Offense Level of 34. The Probation determined that a two level enhancement was appropriate because s firearm was involved in the instant offense as defined at U.S.S.G. §2D1.1(b)(1). After a 3 level reduction for Acceptance of Responsibility Ingram total offense level was 33, which established a guideline range of 168-210 months because Ingram was in Criminal History Category III.

After Ingram's initial sentencing and in response to growing concerns that non-violent, lower tier drug offenders were being sentenced to inordinate prison terms, the United States Sentencing Commission reduced guideline offense levels across the board for all drug offenders.

Under the amended guidelines Ingram new Total Offense Level is 31. Ingrams Criminal History remains unchanged, thus his new amended guideline range is now 135-168 months.

In considering this motion Ingram asks this court to consider his efforts at post-conviction rehabilitation.

Ingram has comported with the rules and policies while incarcerated; has maintained a steady job in prison and has participated in various programs aimed at improving his skill set in preparation for re-entry into society. Attached to this motion is a copy of Ingram's Bureau of Prisons educational transcript for the court review.

WHEREFORE, petitioner Thomas Karl Ingram asks this Honorable Court to grant his petition for a modification of his current term of imprisonment pursuant to the provisions in 18 U.S.C. §3582(c)(2), and reduce his sentence to 135 months in the best interest of justice.

Respectfully submitted;


_/s/ Thomas K Ing_
Thomas Karl Ingram
Register No.: 16865-021

TECHNICAL COLLEGE

SYSTEM OF GEORGIA

Office of Adult Education

Ronald W. Jackson
Commissioner

Beverly E. Smith M.Ed.
Assistant Commissioner

Writer's Direct Dial (404) 679-1645
(800) 946-9433

July 27, 2012

Thomas K. Ingram
601 McDonough Blvd. SE
Atlanta, GA 30315

Dear Mr. Ingram:

Congratulations! It is my honor to present the Georgia General Educational Development Diploma to you with my personal best wishes and commendation for a job well done. This diploma represents the successful completion of a personal goal of which I know you, your family, and friends are proud.

Georgia's HOPE Program (Helping Outstanding Pupils Educationally) can provide tuition assistance when you continue your education. As a GED® graduate, you may be eligible to receive a $500 HOPE Scholarship that can be applied toward tuition, books, and other education-related costs at a Georgia public technical college or a public or private college or university.

I strongly encourage you to take advantage of this opportunity to further your education. You may call the financial aid office at any of the HOPE eligible institutions listed on the enclosed voucher for more details. You must apply for this HOPE award within 24 months of the date of your GED Diploma. If you do not receive a voucher, you may contact HOPE in Metro Atlanta at (770)724-9030 or toll-free at 1-800-546-4673.

Again, congratulations on this major accomplishment. I wish you much success in your future endeavors.

Sincerely,

Ronald W. Jackson

RWJ:db
Enclosures



# State of Georgia

## Technical College System of Georgia

The State of Georgia, in concurrence with the State Board of the Technical College System of Georgia, and in recognition for the fulfillment of the requirements for the high school equivalency credential, confer this GED® Diploma to

### Thomas K. Ingram

July 18, 2012

In witness whereof, this diploma is awarded by the Commissioner and Assistant Commissioner of the Technical College System of Georgia.

Beverly E. Smith
Assistant Commissioner

Ronald W. Jackson
Commissioner



**THE STANDARD FOR DEVELOPING CRAFT PROFESSIONALS**

October 22, 2012

Thomas Ingram
United States Penitentiary of Atlanta - Education
601 McDonough Blvd SE
Atlanta, GA 30315

Dear Thomas,

On behalf of NCCER, I congratulate you for successfully completing NCCER's Contren® Learning Series program. I also congratulate you for choosing construction as a career.

You are now a valuable member of one of our nation's largest industries. The skills you have acquired will not only enhance your career opportunities, but will help build America.

Enclosed are your credentials from the National Registry. These industry-recognized credentials give you flexibility in planning your career and ensure your achievements follow you wherever you go.

To access your training accomplishments through the Automated National Registry, follow these instructions:
1. Go to http://anr.nccer.org.
2. Click the "Individuals" button.
3. Enter the NCCER card number, located on front of your wallet card or transcript, and your PIN.
*Note: The default PIN is the last four digits of your SSN. You may change your PIN after you login.*
4. First-time users will be directed to answer a few security questions upon initial login.
5. Contact the registry department at 386-518-6500 with any questions.

NCCER applauds your dedication and wishes you the best in your future endeavors.

Sincerely,

*Donald E. Whyte*

Donald E. Whyte
President, NCCER

Enc.

13614 Progress Boulevard, Alachua, Florida 32615
p. 888.622.3720 f. 386.518.6303
www.nccer.org



**THE STANDARD FOR DEVELOPING CRAFT PROFESSIONALS**

13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.7320 f. 386.518.6255 • www.nccer.org

# Official Training Transcript

Below are your credentials from NCCER's National Registry. These industry-recognized credentials give you flexibility in planning your career and ensure your achievements follow you wherever you go.

To access your training online via the Automated National Registry (ANR) web site, go to **https://anr.nccer.org**, click the **Individuals** button, and enter your NCCER card number and PIN *(Note: Your card number is below, and also on your NCCER wallet card. The default PIN is the last four digits of your SSN, you can change it after you log in.)* The first time you log in you'll need to answer a few security questions.

**NCCER Card #:** 10084367
**Trainee Name:** Thomas Ingram
**Sponsor:** United States Penitentiary of
**Address:** 601 McDonough Blvd SE
Atlanta, GA 30315
US

**Current Employer/School:**

| Module | Description | Instructor | Training Location | Completed |
|---|---|---|---|---|
| 00101-09 | Basic Safety | David Goff | United States Penitentiary of Atlanta - Education | 10/5/2012 |
| 00102-09 | Introduction to Construction Math | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 00103-09 | Introduction to Hand Tools | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 00104-09 | Introduction to Power Tools | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 00105-09 | Introduction to Construction Drawings | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 00106-09 | Basic Rigging | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 00107-09 | Basic Communication Skills | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 00108-09 | Basic Employability Skills | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 00109-09 | Introduction to Materials Handling | David Goff | United States Penitentiary of Atlanta - Education | 8/22/2012 |
| 03101-07 | Introduction to HVAC | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |
| 03102-07 | Trade Mathematics | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |
| 03103-07 | Copper and Plastic Piping Practices | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |
| 03104-07 | Soldering and Brazing | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |
| 03105-07 | Ferrous Metal Piping Practices | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |
| 03106-07 | Basic Electricity | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |
| 03107-07 | Introduction to Cooling | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |



**THE STANDARD FOR DEVELOPING CRAFT PROFESSIONALS**

13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.7320 f. 386.518.6255 • www.nccer.org

# Official Training Transcript

**NCCER Card #:** 10084367
**Trainee Name:** Thomas Ingram
**Sponsor:** United States Penitentiary of
**Address:** 601 McDonough Blvd SE
Atlanta, GA 30315
US

**Current Employer/School:**

| Module | Description | Instructor | Training Location | Completed |
|---|---|---|---|---|
| 03108-07 | Introduction to Heating | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |
| 03109-07 | Air Distribution Systems | David Goff | United States Penitentiary of Atlanta - Education | 7/24/2013 |

**NO ENTRIES BELOW THIS LINE**

# NCCER
## The Standard for Developing Craft Professionals

This is to certify that

*Thomas Ingram*

has fulfilled the requirements for

*Core Curricula*

in NCCER's standardized training curriculum this Fifth day of October, 2012



Donald E. Whyte
President, NCCER





# NCCER

Board of Trustees confers upon

## Thomas Ingram

this certificate of completion for

## HVAC Level One

in the Standardized Craft Training program on this Twenty-fourth day of July, 2013



Donald E. Whyte
President, NCCER





# Certificate of Completion

## Awarded to:
## Thomas Ingram
## 16865-021
## SUCCESSFUL COMPLETION OF
## Nonresidential Drug Abuse Group
## (04-12-2013)

_____  
Dr. W. Cameron, DTS

5-1-2013  
Date Signed

_____  
Dr. A. Hughes, DAPC

4-29-13  
Date Signed

Thomas K Ingram Reg # 16865-021
Federal Correctional Complex (Low)
P.O. Box 5000
Yazoo City, MS 39194

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED ON 10-8-14 THROUGH SPECIAL MAILING PROCEDURES

The letter has neither been opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

CERTIFIED MAIL
7013 1710 0001 3424 9726

Federal Justice Center
District Court Clerk
600 James Brown Blvd
Augusta GA 30901-2351
ATTN: Linda Flanders
Deputy in Charge