IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 111-002 |
| | * | |
| THOMAS KARL INGRAM | * | |

**O R D E R**

Before the Court in the captioned case is Defendant Thomas Karl Ingram's motion for early termination of his term of supervised release, which is five years. Ingram has been on supervised release since June 2020 and the United States Probation Office reports that he has been compliant with all terms of release. Neither his supervising probation officer nor the United States Attorney's Office oppose his request.

Therefore, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of Defendant Ingram's term of supervised release (doc. 42) is **GRANTED**. Defendant Thomas Karl Ingram is hereby discharged from supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Antonio Guimaraes of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA